1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (510) 970-4822
        Facsimile: (415) 744-0134
7       E-Mail: Marcelo.Illarmo@ssa.gov
   Attorneys for Defendant
8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                       FRESNO DIVISION

13

14
                                        No. 1:22-cv-00414-GSA
15
   VICTORIA BARNEY,
16                                      STIPULATION FOR EXTENSION TO RESPOND
        Plaintiff,                      TO PLAINTIFF'S COMPLAINT
17
        v.
18
   KILOLO KIJAKAZI,
19   Acting Commissioner of Social Security,

20      Defendant.

21      IT IS HEREBY STIPULATED, by and between the parties, through their respective

22 counsel of record, that the time for responding to Plaintiff's Complaint be extended from July 12,

23 2022 to September 12, 2022. This is Defendant's first request for an extension of time to respond

24 to Plaintiff's Complaint. Defendant respectfully requests this additional time because additional

25 time is needed to prepare and file the certified administrative record.

26      The parties further stipulate that the Court's Scheduling Order shall be modified

27 accordingly.

28

- Defendant shall file the certified administrative record on or before September 12, 2022;
- Within 45 days of the filing of the certified administrative record (on or before October 27, 2022); Plaintiff shall file her opening brief;
- Within 45 days of the filing of the opening brief (on or before December 11, 2022), defendant shall file her opposition brief;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before December 31, 2022).

Respectfully submitted,

DATE: July 7, 2022

*/s/ Stuart Barasch*   *
STUART BARASCH
Attorney for Plaintiff
(* approved via email on 7/5/22)

PHILLIP A. TALBERT
United States Attorney

DATE: July 7, 2022        By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated: **July 8, 2022**        /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE