PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VICTORIA BARNEY,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:22-cv-00414-GSA<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint be extended from September 12, 2022 to September 13, 2022, *nunc pro tunc*. This is Defendant's second request for an extension of time to respond to Plaintiff's Complaint. Defendant respectfully requests this additional time because a technical error on counsel's part caused the delay of the filing of the transcript, and counsel did not discover the error until he returned from leave this morning. Counsel apologizes for any delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file the certified administrative record on or before September 13, 2022;
- Within 45 days of the filing of the certified administrative record, Plaintiff shall file her opening brief;
- Within 45 days of the filing of the opening brief, defendant shall file her opposition brief;
- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief.

Respectfully submitted,

DATE: September 13, 2022    */s/ Stuart Barasch*  \*
STUART BARASCH
Attorney for Plaintiff
(\* approved via email on 9/13/22)

PHILLIP A. TALBERT
United States Attorney

DATE: September 13, 2022    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED

IT IS SO ORDERED.

Dated:   **September 16, 2022**           **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE